IN THE

TENTH COURT OF
APPEALS




 
 
 
 
 
 
 


 



No. 10-04-00362-CV

 

Gulamali Faizullah and 

Habiebeh Faizullah,

                                                                      Appellants

 v.

 

Post Oak Mall by CBL 

& Associates, et al.,

                                                                      Appellees

 

 



From the 361st District Court

Brazos County, Texas

Trial Court # 02-001385-CV-B-361

 



MEMORANDUM 
Opinion



 








Appellants
have filed a “Motion to Dismiss Appeal.”  See Tex.
R. App. P. 42.1(a)(1).  Appellee
has not filed a response, and dismissal of this cause would not prevent a party
from seeking relief to which it would otherwise be entitled.  

Appellants’
motion to dismiss is granted.  The cause
is dismissed.  

 




PER CURIAM

 

Before Chief Justice Gray,

          Justice Vance, and

          Justice Reyna

Appeal dismissed

Opinion delivered and filed April
 27, 2005

[CV06]






 'CG Times', serif">Do not publish